**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.



*Elizabeth A. Weishaupl*

**Elizabeth A. Weishaupl**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>Court Address: 7325 S. Potomac St., Englewood, CO 80112<br><br>**Plaintiff:** CS Capital Corp. dba The Invoice Bankers Corp.<br><br>**Defendants:** Local Senior Services, a Nevada corporation, and Randy Kalani Fahilga<br><br>Attorney for CS Capital Corp. dba The Invoice Bankers Corp.:<br>Name: Andrew M. Toft<br>Address: 216 16th Street, Suite 1210<br>　　　　　Denver, CO 80202-5194<br>Phone Number: (303) 436-0980<br>Fax Number:　 (303) 436-0983<br>E-mail: andrewmtoft@andrewmtoft.com<br>Atty.Reg. #12550 | **EFILED Document**<br>**CO Arapahoe County District Court 18th JD**<br>**Filing Date: May  4 2011  2:07PM MDT**<br>**Filing ID: 37403392**<br>**Review Clerk: N/A**<br><br>▲ COURT USE ONLY ▲<br><br>Case Number 11CV502<br><br>Division 408 |
| **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RETURNS OF SERVICE** ||

THE COURT, having read plaintiff's motion for extension of time file returns of service,

ORDERS:

Plaintiff CS Capital Corp. dba The Invoice Bankers Corp. is granted an extension of time to and including Friday, July 1, 2011, to file returns of service.

SO ORDERED this _____ day of _____ 2011

BY THE COURT:

_____
Elizabeth A. Weishaupl
Arapahoe District Court Judge